BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-MJ-0063-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| MARSHALL PALMER, | |
| Defendant. | Judge: Hon. Kendall J. Newman |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on June 25, 2015.

2. By this Stipulation, the parties now move to continue the Preliminary Hearing to June 26, 2015, at 2:00 p.m.

3. The defendant made his initial appearance in Sacramento on June 11, 2015, and preliminary hearing was scheduled for June 25, 2015.  On June 16, 2015, the parties appeared for a Bail Review

Hearing.  At the hearing, the defendant was ordered detained pending trial.

4. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from June 25, 2015, through and including June 26, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

5. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: June 24, 2015          /s/ Justin L. Lee          _
                              JUSTIN L. LEE
                              Assistant U.S. Attorney

DATED: June 24, 2015          /s/ Philip A. Schnayerson        _
                              PHILIP A. SCHNAYERSON
                              Attorney for Marshall Palmer
                              (as authorized on June 23, 2015)

**ORDER**

IT IS SO FOUND AND ORDERED, this 25th day of June, 2015.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE