BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00128-GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MARSHALL PALMER, | DATE: December 18, 2015 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 18, 2015.

2. By this stipulation, defendant now moves to continue the status conference until February 12, 2016, and to exclude time between December 18, 2015, and February 12, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes police reports related to the defendant's arrest in 2015 as well as reports related to a search warrant executed in 2014, including videos and

1 photographs.

2     b) Counsel for defendant desires additional time to consult with his
3 client, review the discovery, conduct further investigation, and prepare for trial.

4     c) Counsel for defendant believes that failure to grant the above-
5 requested continuance would deny him the reasonable time necessary for effective
6 preparation, taking into account the exercise of due diligence.

7     d) The government does not object to the continuance.

8     e) Based on the above-stated findings, the ends of justice served by
9 continuing the case as requested outweigh the interest of the public and the
10 defendant in a trial within the original date prescribed by the Speedy Trial Act.

11     f) For the purpose of computing time under the Speedy Trial Act, 18
12 U.S.C. § 3161, et seq., within which trial must commence, the time period of
13 December 18, 2015, to February 12, 2016, inclusive, is deemed excludable pursuant
14 to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a
15 continuance granted by the Court at defendant's request on the basis of the Court's
16 finding that the ends of justice served by taking such action outweigh the best
17 interest of the public and the defendant in a speedy trial.

18     4. Nothing in this stipulation and order shall preclude a finding that other
19 provisions of the Speedy Trial Act dictate that additional time periods are excludable from
20 the period within which a trial must commence.

21     IT IS SO STIPULATED.

22 Dated: December 15, 2015              BENJAMIN B. WAGNER
23                                                United States Attorney

24                                                /s/ JUSTIN L. LEE
25                                                JUSTIN L. LEE
                                               Assistant United States Attorney

26 Dated: December 15, 2015              /s/ PHILIP A. SCHNAYERSON
27                                                PHILIP A. SCHNAYERSON
                                               Counsel for Defendant
28                                                MARSHALL PALMER

# [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  December 15, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge