BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00128-GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MARSHALL PALMER, | DATE: February 12, 2016
TIME: 9:00 a.m.
COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 12, 2016.

2. By this stipulation, defendant now moves to continue the status conference until March 4, 2016, and to exclude time between February 12, 2016, and March 4, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes police reports related to the defendant's arrest in 2015 as well as reports related to a search warrant executed in 2014, including videos and

photographs.

    b)    Counsel for defendant desires additional time to consult with his client, review the discovery, conduct further investigation, and prepare for trial.

    c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 12, 2016, to March 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 26, 2016                  BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ JUSTIN L. LEE
                                            JUSTIN L. LEE
                                            Assistant United States Attorney

Dated: January 26, 2016                  /s/ PHILIP A. SCHNAYERSON
                                            PHILIP A. SCHNAYERSON
                                            Counsel for Defendant
                                            MARSHALL PALMER

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 28, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge