1  PHILLIP A. TALBERT
Acting United States Attorney
2  JUSTIN L. LEE
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
United States of America

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:15-CR-00128-GEB

12                          Plaintiff,    STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL
13              v.                        ACT; [PROPOSED] FINDINGS AND ORDER

14  MARSHALL PALMER,                      DATE: August 26, 2016
                                          TIME:  9:00 a.m.
15                          Defendant.    COURT: Hon. Garland E. Burrell, Jr.

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on August 26, 2016.

21        2.      By this stipulation, defendant now moves to continue the status conference

22  until September 23, 2016, and to exclude time between August 26, 2016, and September

23  23, 2016, under Local Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the

25  following:

26              a)      The government has represented that the discovery associated with

27  this case includes police reports related to the defendant's arrest in 2015 as well as

28  reports related to a search warrant executed in 2014, including videos and

photographs.

b)      Counsel for defendant desires additional time to consult with his client, review the discovery, conduct further investigation, and prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 26, 2016, to September 23, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 24, 2016                              PHILLIP A. TALBERT
                                                     Acting United States Attorney

                                                     /s/ JUSTIN L. LEE
                                                     JUSTIN L. LEE
                                                     Assistant United States Attorney

Dated:  August 24, 2016                              /s/ PHILIP A. SCHNAYERSON
                                                     PHILIP A. SCHNAYERSON
                                                     Counsel for Defendant
                                                     MARSHALL PALMER

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  August 24, 2016



_____
GARLAND E. BURRELL, JR.
Senior United States District Judge